No. 853. DAYTON RUBBER MANUFACTURING CO. ET AL. *v.* STAGNARO, TRADING AS CINCINNATI BELTING CO., ET AL. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. H. A. Toulmin* and *H. A. Toulmin, Jr.* for petitioners. *Messrs. Edwin S. Clarkson* and *Humbert B. Powell* for respondents.

No. 766. DEMUTH *v.* COMMISSIONER OF INTERNAL REVENUE. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Mark Eisner* and *Ferdinand Tannenbaum* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* and *Helen R. Carloss* for respondent.

No. 876. SWEET ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Malcolm Donald* for petitioners. No appearance for respondent.

No. —, original. EX PARTE JOHN P. GOODMAN; and
No. —, original. EX PARTE RICHARD BUNDY. See *ante*, p. 612.

No. 918. RODRIQUEZ ET AL. *v.* WARD. May 15, 1939. Petition for writ of certiorari to the Supreme Court of New Mexico, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. J. H. Paxton* for petitioners. No appearance for respondent.